UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| JONES, GERALDINE ) | | Case No. 05-34613-ERW |
| ) | | |
| Debtor(s). ) | | Hon. EUGENE R. WEDOFF |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   United States Bankruptcy Court
          219 South Dearborn Street, Courtroom 744
          Chicago, IL   60604

    On: **December 7, 2010**        Time:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                            $75,008.10

    Disbursements                                       $32,281.33

    Net Cash Available for Distribution                 $42,726.77

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| ALEXANDER S. KNOPFLER<br>*Trustee Compensation* | $0.00 | $6,578.83 | $25.20 |
| CHILL, CHILL & RADTKE, P.C.<br>*Attorney for Trustee* | $0.00 | $6,615.00 | $56.34 |
| KEITH L. YOUNG<br>*Special Counsel* | $32,281.33 | $0.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $17,512.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus 3.8800% interest. The remaining anticipated surplus funds of $8,431.57 will be paid to the debtor.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| | Jones, Geraldine | $8,431.57 | $8,431.57 |
| 000001 | Ge Money Bank Dba Jc Penney Consume | $582.66 | $699.35 |
| 000002 | Ge Money Bank Dba Sam"S Club | $1,689.16 | $2,027.45 |
| 000003 | Ecast Settlement Corporation, Assig | $656.56 | $788.05 |
| 000004 | Fia Card Services, Na/Bank Of Ameri | $4,898.66 | $5,879.72 |
| 000005 | Roundup Funding, Llc | $2,932.62 | $3,519.94 |
| 000006 | Roundup Funding, Llc | $4,401.89 | $5,283.46 |
| 000007 | Roundup Funding, Llc | $373.86 | $448.73 |
| 000008 | Roundup Funding, Llc | $1,080.11 | $1,296.43 |
| 000009 | Roundup Funding, Llc | $166.28 | $199.58 |
| 000010 | Roundup Funding, Llc | $730.77 | $877.12 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Bank Accounts | $100.00 |
| Household Goods | $1,000.00 |
| Books, Pictures | $200.00 |
| Wearing Apparel | $200.00 |
| Jewelry | $100.00 |
| Insurance Policy | $0.00 |
| Vehicles | $3,520.00 |

Dated: October 27, 2010                              For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street
Chicago, IL   60604

Trustee:      Alexander S. Knopfler
Address:     P.O. Box 251
                   Glencoe, IL  60022