UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| JONES, GERALDINE ) | | Case No. 05-34613-ERW |
| ) | | |
| Debtor(s). ) | | Hon. EUGENE R. WEDOFF |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   United States Bankruptcy Court
         219 South Dearborn Street, Courtroom 744
         Chicago, IL   60604

   On: **December 7, 2010**        Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                                          $75,008.10

   Disbursements                                     $32,281.33

   Net Cash Available for Distribution               $42,726.77

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| ALEXANDER S. KNOPFLER<br>*Trustee Compensation* | $0.00 | $6,578.83 | $25.20 |
| CHILL, CHILL & RADTKE, P.C.<br>*Attorney for Trustee* | $0.00 | $6,615.00 | $56.34 |
| KEITH L. YOUNG<br>*Special Counsel* | $32,281.33 | $0.00 | $0.00 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $17,512.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100% plus 3.8800% interest. The remaining anticipated surplus funds of $8,431.57 will be paid to the debtor.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
|  | Jones, Geraldine | $8,431.57 | $8,431.57 |
| 000001 | Ge Money Bank Dba Jc Penney Consume | $582.66 | $699.35 |
| 000002 | Ge Money Bank Dba Sam"S Club | $1,689.16 | $2,027.45 |
| 000003 | Ecast Settlement Corporation, Assig | $656.56 | $788.05 |
| 000004 | Fia Card Services, Na/Bank Of Ameri | $4,898.66 | $5,879.72 |
| 000005 | Roundup Funding, Llc | $2,932.62 | $3,519.94 |
| 000006 | Roundup Funding, Llc | $4,401.89 | $5,283.46 |
| 000007 | Roundup Funding, Llc | $373.86 | $448.73 |
| 000008 | Roundup Funding, Llc | $1,080.11 | $1,296.43 |
| 000009 | Roundup Funding, Llc | $166.28 | $199.58 |
| 000010 | Roundup Funding, Llc | $730.77 | $877.12 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Bank Accounts | $100.00 |
| Household Goods | $1,000.00 |
| Books, Pictures | $200.00 |
| Wearing Apparel | $200.00 |
| Jewelry | $100.00 |
| Insurance Policy | $0.00 |
| Vehicles | $3,520.00 |

Dated: October 27, 2010

For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 South Dearborn Street
Chicago, IL   60604

Trustee:   Alexander S. Knopfler
Address:   P.O. Box 251
           Glencoe, IL  60022

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: dcarroll              Page 1 of 2                   Date Rcvd: Nov 12, 2010
Case: 05-34613                 Form ID: pdf006             Total Noticed: 38

The following entities were noticed by first class mail on Nov 14, 2010.
db             Geraldine Jones,    7635 S Yates Blvd # 1N,    Chicago, IL  60649-4100
aty           +Nicolette L Robovsky,    Gleason and Gleason, LLC,    77 W. Washington,    Suite 1218,
                Chicago, Il 60602-3246
aty           +Steven R Radtke,    Chill Chill & Radtke P C,    79 W. Monroe Street,    Suite 1305,
                Chicago, IL 60603-4925
aty           +Troy L Gleason,    Gleason And Gleason LLC,    77 W Washington Ste 1218,    Chicago, IL 60602-3246
tr            +Alexander S Knopfler,    Alex Knopfler & Associates Ltd.,    P O Box 251,    Glencoe, IL 60022-0251
9750778        Bank Of America,    PO Box 1598,    Norfolk, VA 23501-1598
9750779        Capital 1 Bk,    11013 W Broad St,    Glen Allen, VA 23060-5937
9750780        Cbusasears,    PO Box 6189,    Sioux Falls, SD 57117-6189
9750781        Certegy Payment Reovery Services,    11601 Roosevelt Blvd N,    Saint Petersburg, FL 33716-2202
9750782       +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
9750783        ChexSystems,    Consumer Relations,    12005 Ford Rd Ste 600,    Dallas, TX 75234-7253
9750784        DPPS/SCAN,    Attn: Consumer Referral Services,    7805 Hudson Rd Ste 100,
                Woodbury, MN 55125-1595
9750785        Equifax,    PO Box 740241,    Atlanta, GA 30374-0241
9750786        Experian,    PO Box 2002,    Allen, TX 75013-2002
9750776        Gleason And MacMaster LLC,    77 W Washington St Ste 1218,    Chicago, IL 60602-3246
9750788        Harris N.a.,    111 W Monroe St Llw,    Chicago, IL 60603-4096
9750789        Hsbc/carsn,    140 W Industrial Dr,    Elmhurst, IL 60126-1602
9750790        Hsbc/rhode,    200 Beneficial Ctr,    Peapack, NJ 07977
9750792        Jefferson Capital Syst,    16 McLeland Rd,    Saint Cloud, MN 56303-2198
9750775        Jones Geraldine,    7635 S Yates Blvd # 1N,    Chicago, IL 60649-4100
9750795        Telecheck,    PO Box 17390,    Denver, CO 80217-0390
9750796        Tnb Target,    PO Box 9475,    Minneapolis, MN 55440-9475
9750797        Trans Union,    PO Box 1000,    Crum Lynne, PA 19022-2001
9750798        Value City,    PO Box 182303,    Columbus, OH 43218-2303
9750799        Wfnnb/ashley Stewart,    220 W Schrock Rd,    Westerville, OH 43081-2873
9750800        Wfnnb/la Redoute,    PO Box 182121,    Columbus, OH 43218-2121
9750801        Wfnnb/lane Bryant,    4590 E Broad St,    Columbus, OH 43213-1301
9750802        Wfnnb/lerner Mail Orde,    PO Box 182122,    Columbus, OH 43218-2122
9750803        Wfnnb/newport News,    995 W 122nd Ave,    Westminster, CO 80234-3417
15555614       eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 35480,
                Newark, NJ 07193-5480

The following entities were noticed by electronic transmission on Nov 13, 2010.
aty           +E-mail/Text: sradtke@chillchillradtke.com                          Steven R Radtke,
                Chill Chill & Radtke P C,    79 W. Monroe Street,    Suite 1305,    Chicago, IL 60603-4925
15559182       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 13 2010 03:20:26
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK 73124-8809
15449379      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2010 03:29:20
                GE Money Bank dba JC Penney Consumer,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15449381      +E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2010 03:29:20      GE Money Bank dba Sam’s Club,
                Care of Recovery Management Systems Corp,    25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
9750787        E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2010 03:29:20      Gemb/sams,    PO Box 981400,
                El Paso, TX 79998-1400
9750791        E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2010 03:29:20      Jc Penney,    PO Box 981400,
                El Paso, TX 79998-1400
9750793        E-mail/Text: ebn@phinsolutions.com                           Rjm Acq Llc,
                575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
15715352       E-mail/PDF: BNCEmails@blinellc.com Nov 13 2010 05:39:56      Roundup Funding, LLC,    MS 550,
                PO Box 91121,    Seattle, WA 98111-9221
9750794        E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2010 03:29:20      Sams Club,    PO Box 981400,
                El Paso, TX 79998-1400
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Alexander S Knopfler,    Alex Knopfler & Associates Ltd.,    P O Box 251,    Glencoe, IL 60022-0251
9750777      ##+Aronson Furniture,    3401 W 47th St,    Chicago, IL 60632-2997
                                                                                   TOTALS: 0, * 1, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: dcarroll            Page 2 of 2            Date Rcvd: Nov 12, 2010
Case: 05-34613                Form ID: pdf006           Total Noticed: 38
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 14, 2010**                    **Signature:**        _/s/ Joseph Speetjens_