**FILED**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DEC - 7 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                      )
                                            )
                                            )    Case No. 05 B 34613
    GERALDINE JONES                     )
                                            )
                                            )
                                            )    Chapter 7
        Debtor.                          )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO STEVEN R. RADTKE, TRUSTEE'S ATTORNEY, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $6,615.00 | TOTAL COSTS REQUESTED: | $56.34 |
| TOTAL FEES REDUCED: | $194.25 | TOTAL COSTS REDUCED: | $00.00 |
| TOTAL FEES ALLOWED: | $6,420.75 | TOTAL COSTS ALLOWED: | $56.34 |

**TOTAL FEES AND COSTS ALLOWED: $6,477.09**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

(2)   **Unreasonable Time**
The Court denies the allowance in part of compensation for the following task since the professional or paraprofessional expended an unreasonable amount of time on this task in light of the nature of the task, the experience and knowledge of the professional performing the task, and the amount of time previously expended by the professional or another on the task. *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

As to the time devoted to the preparation of the fee application itself, the Court denies the allowance of compensation that is disproportionate to the total hours in the main case. *In re Wildman*, 72 B.R. 700, 711 (Bankr. N.D. Ill. 1987) ("In the absence of unusual circumstances, the hours allowed by this Court for preparing and litigating the attorney fee application should not exceed three percent of the total hours in the main case."); *In re Spanjer Bros., Inc.*, 203 B.R. 85, 93 (Bankr. N.D. Ill. 1996) (compensation limited to 5%). See also *In re Pettibone Corp.*, 74 B.R. 293, 304 (Bankr. N.D. Ill. 1987) (citing *Coulter v. State of Tennessee*, 805 F.2d 146, 151 (6th Cir. 1986) (in non-bankruptcy cases, compensation for preparation and litigation of fee petitions limited to 3-5% of the hours of the main case)).

Dated: December 7, 2010

_____
Eugene R. Wedoff
United States Bankruptcy Judge

1

Geraldine Jones Bankruptcy Estate                                              Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/4/07 | SRR | Letter to Keith Young re retention and compensation requirements for special counsel. | 0.10 350.00/hr | 35.00 |
| 10/9/07 | SRR | Phone call to attorney; need to employ. | 0.10 350.00/hr | 35.00 |
| 11/1/07 | SRR | Letter to personal injury attorney to turn over file. | 0.30 350.00/hr | 105.00 |
| 11/2/07 | SRR | Phone call from personal injury attorney regarding turnover letter and promise to forward retainer agreement. | 0.20 350.00/hr | 70.00 |
| 11/6/07 | SRR | Draft Motion to Employ Speical Counsel for Trustee and realted affidavit (.70); examine State Court file to obtain wrongful death complaint (.50); correspondence to and from Trustee regarding same (.20). | 1.40 350.00/hr | 490.00 |
| 11/13/07 | SRR | Court Appearance regarding motion to retain special counsel. | 0.70 350.00/hr | 245.00 |
| 11/19/07 | SRR | Letter to special counsel regarding employment. | 0.20 350.00/hr | 70.00 |
|  | SRR | Letter to Keith Young enclosing copy of order employing him as special counsel; copy to Alex Knopfler, | 0.10 350.00/hr | 35.00 |
| 8/2/10 | SRR | Draft First and Final Application for allowance of fees and reimbursement of expenses. | 1.50 350.00/hr | 525.00 |
| TBA | SRR | Court Appearance regarding hearing on final fee applications. | 0.50 350.00/hr | 175.00 |
|  |  | For professional services rendered | 6.90 | $2,415.00 |
|  |  | Balance due |  | $2,415.00 |

*[Handwritten annotations:]*
② 5% of $6,671.34 = 330.75   amt deducted = 525 − 330.75 = $194.25

*) to clarify: $194.25 deducted ($525 − $330.75)