UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 CASE |
| JONES, GERALDINE ) | |
| ) | |
| ) | CASE NO. 05-34613-ERW |
| ) | |
| ) | |
| Debtor(s).   ) | Hon. EUGENE R. WEDOFF |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

To:   THE HONORABLE EUGENE R. WEDOFF
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Orders Awarding Compensation and Expenses attached as "Exhibit A"; and the Trustee's Distribution Report, a copy of which is attached as Exhibit "B".

All checks have been cashed and attached as Exhibit "C" is Form 2 reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.


February 28, 2011                             /s/ Alexander S. Knopfler
DATE                                          TRUSTEE